# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1019

_____

Stuart Daniel Juarez,               *
                                    *
                    Appellant,      *
                                    *   Appeal from the United States
        v.                          *   District Court for the
                                    *   Southern District of Iowa.
Litow Law Office, P.C.,             *
                                    *        [UNPUBLISHED]
                    Appellee.       *

_____

Submitted:  December 1, 2009
    Filed:  December 9, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

        In this civil suit alleging unfair debt collection practices, Stuart Juarez appeals from the district court's[1] order (1) denying him permission to file a second amended complaint, and (2) granting summary judgment in favor of Litow Law Office, P.C. After careful review, we affirm.  See Popoalii v. Corr. Med. Servs., 512 F.3d 488, 497 (8th Cir. 2008) (concluding the district court did not abuse its discretion in denying a late-filed motion to amend where the proposed amended complaint contained new

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

theories of recovery); <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (reviewing a grant of summary judgment de novo).  <u>See</u> 8th Cir. R. 47B.

_____